ROME, W. & O. R. Co., Appellant, *v.* CITY OF ROCHESTER, Respondent.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

No opinion.    Judgment and order affirmed, with costs.

---

*In re* SAYRE'S ESTATE.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

For hearing on appeal, see 3 N. Y. Supp. 388.

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

No opinion.    Motion for reargument granted.

---

SEVENTH-DAY BAPTIST EDUCATION SOC., Appellant, *v.* TRUMAN, Respondent.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

No opinion.    Judgment affirmed.

---

THAYER, Respondent, *v.* MCNAUGHTON, Appellant.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

No opinion.    Order affirmed, with $10 costs and disbursements.

---

THOMPSON, Respondent, *v.* ROME, W. & O. R. Co., Appellant.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and MACOMBER, J.

No opinion.    Judgment affirmed.

---

WHITMAN, Appellant, *v.* FOLEY *et al.*, Respondents.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

No opinion.    Case ordered resettled, that it may appear whether all the evidence taken by the referee is contained in the record.

---

WYNKOOP *et al.*, Respondents, *v.* OSBORNE *et al.*, Appellants.

(*Supreme Court, General Term, Fifth Department.* June 22, 1889.)

Argued before BARKER, P. J., and DWIGHT and MACOMBER, JJ.

No opinion.    Court declines to consider the appeal, for the reasons stated in opinion of DWIGHT, J., in *Palmyra* v. *Wynkoop*, 6 N. Y. Supp. 62, (decided at the present term.)

---

LANE, Appellant, *v.* JACOBS, Respondent.

(*Common Pleas of New York City and County, General Term.* April 1, 1889.)

PER CURIAM.    After a re-examination of this case, we are of the opinion that the conclusion reached by us on the previous argument should not be dis-

turbed. It does not appear that any substantial fact has been disregarded, or any point of law overlooked; and, adhering to the rule expressed in *Curley* v. *Tomlinson*, 5 Daly, 283, we think this application should be denied.